UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
ALEKSAM, INC.,

                              Plaintiff,

      -against-

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY INC.,

                            Defendant.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

21 Civ. 8116 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The request for leave to file a motion for summary judgment, filed on August 9, 2022, (ECF No. 26), is granted. The *Markman* Hearing, *Markman v. Westview Inst., Inc.*, 517 U.S. 370 (1998), is postponed, and all relevant dates are adjourned pending resolution of the motion.

      Defendant's motion for summary judgment shall be filed by September 2, 2022. Opposition shall be filed by September 21, 2022. Reply, if necessary, shall be filed by September 30, 2022.

      SO ORDERED.

Dated:    August 12, 2022          /s/ Alvin K. Hellerstein
            New York, New York      ALVIN K. HELLERSTEIN
                                            United States District Judge