UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
| USDC SDNY
| DOCUMENT
| ELECTRONICALLY FILED
| DOC #:
| DATE FILED:  9/13/2022
```

-------------------------------------------------------------- x

ALEKSAM, INC.,

                                    Plaintiff, :   **ORDER STAYING CASE**

        -against-                   :   21 Civ. 8116 (AKH)

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY INC.,

                               Defendant. :

-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff initially brought this suit for patent infringement against multiple

defendants in the Eastern District of Texas. Upon Defendant American Express's motion, the

case against it was severed and transferred to the Southern District of New York. The remaining

defendants in the Eastern District of Texas litigation subsequently moved for and won summary

judgment in their favor. Plaintiff has appealed the judgment to the Federal Circuit.

        On September 2, 2022, pursuant to leave of Court, Defendant moved for summary

judgment on Plaintiff's patent infringement claims, arguing that the Federal Circuit has already

deemed the patent claims at issue invalid, and that this precedent warrants dismissal of the

instant suit. (ECF No. 40.) On September 6, 2022, Plaintiff filed a letter requesting an

emergency conference to discuss the substance of Defendant's motion, which seeks summary

judgment on grounds of invalidity or, in the alternative, for noninfringement. (ECF Nos. 44–45.)

I denied the request and instructed Plaintiff that it may address the points raised in its opposition

brief. (ECF No. 48.)

        Upon further consideration, having reread Defendant's opening brief and

Plaintiff's letter, and in light of the appeal pending before the Federal Circuit, I find that in the

interest of judicial economy, this case should be stayed pending the outcome of Plaintiff's appeal

1

because the decision will either dispose of this case entirely or, at least, narrow the issues to be decided.

The parties shall provide an update by April 3, 2023 as to the status of the appeal, and either side may move to unstay the case pending a final decision from the Federal Circuit.

SO ORDERED.

Dated:    September 2022
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2